**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>APOTEX INC.,<br><br>    Defendant. | C.A. No. 1:17-cv-2865-TWP-MPB |

**BRIEF IN SUPPORT OF APOTEX'S MOTION TO FILE AND MAINTAIN
BRIEF IN SUPPORT OF APOTEX'S CROSS-MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT AND APPENDIX THERETO UNDER SEAL**

Apotex Inc. ("Apotex") respectfully submits this brief under Local Rule 5-11, in support of its motion to maintain Brief in Support of Apotex's Cross-Motion for Summary Judgment of Non-Infringement and Appendix thereto ("the Confidential Documents") under seal. The Confidential Documents disclose sensitive, confidential, and/or trade secret information regarding Apotex's New Drug Application ("NDA") drug product. As explained below, good cause exists to maintain this information under seal.

## INTRODUCTION

The parties in this case previously have approved for sealing the proprietary and trade secret information contained in and/or revealed by the Confidential Documents, which further has been sealed by the Court. *See, e.g.*, Dkt. Nos. 184, 185, 188, 208, 209, 215, 222, 223, 228, 232, 236, 238. A redacted public version of the Confidential Documents incorporating Apotex's designations is concurrently provided pursuant to Local Rule 5-11(d)(3). The below chart documents the confidential information designated for redaction in part.

| Document | Page(s) | Description |
|---|---|---|
| Brief in Support of Apotex's Cross-Motion for Summary Judgment | ii, 1, 2, 4, 11, 13, 14, 22, 26, 27, 30-33 | Portions of this document disclose nonpublic, trade secret information that is contained in Apotex's NDA. |
| Appendix (Vol. 8) to Apotex's Cross-Motion for Summary Judgment | SJ984-1089 | Portions of this document disclose nonpublic, trade secret information that is contained in Apotex's NDA. |
| Appendix (Vol. 9) to Apotex's Cross-Motion for Summary Judgment | SJ1125, SJ1127, SJ1180-81, SJ1183, SJ1220-21, SJ1256, SJ1263-64, SJ1273-74, SJ1277, SJ1317-18, SJ1320-61 | Portions of this document disclose nonpublic, trade secret information that is contained in Apotex's NDA. |
| Appendix (Vol. 11) to Apotex's Cross-Motion for Summary Judgment | SJ1647-50, SJ1700-03, SJ1731-32, SJ1734-35, SJ1738-43, SJ1750-54, SJ1757, SJ1759-75, SJ1779-82, SJ1813-14, SJ1858, SJ1903, SJ1907, SJ1912, SJ1915-17, SJ1925-26, SJ1961-74 | Portions of this document disclose nonpublic, trade secret information that is contained in Apotex's NDA. |
| Appendix (Vol. 12) to Apotex's Cross-Motion for Summary Judgment | SJ2049, SJ2051-56, SJ2075-79, SJ2081-85, SJ2088-93, SJ2104, SJ2107 | Portions of this document disclose nonpublic, trade secret information that is contained in Apotex's NDA. |
| Appendix (Vol. 13) to Apotex's Cross-Motion for Summary Judgment | SJ2342-44, SJ2348-49, SJ2351-52, SJ2374, SJ2383-85, SJ2400, SJ2404-06 | Portions of this document disclose nonpublic, trade secret information that is contained in Apotex's NDA. |
| Appendix (Vol. 14) to Apotex's Cross-Motion for Summary Judgment | SJ2426 | Portions of this document disclose nonpublic, trade secret information that is contained in Apotex's NDA. |

## **STANDARD**

The clerk may maintain papers under seal if "authorized to do so by statute, rule, or court order." L.R. 5-11(b). Pursuant to FED. R. CIV. P. 26(c)(1)(G), the Court may, "for good cause, issue an order . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." The public

interest in a judicial proceeding can be overridden if the "property and privacy interests of the litigants . . . predominate in [a] particular case." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). Specifically, parties may "keep their trade secrets (or some other properly demarcated category of legitimately confidential information) out of the public record," if the Court (i) determines the parties are acting with knowledge and in good faith in designating certain parts of the record as trade secrets and (ii) " makes apparent that [those interested] can challenge the secreting of particular documents." *Id.* at 946.

## ARGUMENT

### I. Trade Secret Information in the Confidential Documents Should Be Maintained Under Seal.

The Confidential Documents should be maintained under seal. The document contains passages disclosing and/or revealing confidential and proprietary information contained in Apotex's NDA. Under Indiana Law, information that parties make a reasonable effort to keep confidential may be protected from disclosure if it derives independent economic value not generally known or readily ascertainable by other persons who can obtain economic value from its disclosure or use. *Steve Silveus Ins., Inc. v. Goshert*, 873 N.E.2d 165, 179 (Ind. Ct. App. 2007); *see Union Oil Co. of Cal. v. Leavell*, 220 F.3d 562, 568 (7th Cir. 2000).

The Confidential Documents contain trade secrets not generally known that could be used by Apotex's competitors to aid in the research, development, pricing, and marketing of competing drug products. Accordingly, Apotex has a legitimate interest in protecting this information from public disclosure.

3

**II.     Maintaining the Confidential Documents Under Seal Is Not Overly Restrictive or Against the Public Interest.**

Apotex has concurrently filed a redacted version of the Confidential Documents. Thus, the public will not be deprived of the substance of the filing. As shown above, the limited redactions proposed by Apotex were made for the purpose of protecting Apotex's trade secret and proprietary business information; the "property and privacy interests" of Apotex in maintaining the confidentiality of these disclosures therefore "predominate" in this particular case. *See Citizens First Nat'l Bank*, 178 F.3d at 945.

## CONCLUSION

For the foregoing reasons, Apotex respectfully requests that the Court grant its Motion to File and Maintain Brief in Support of Apotex's Cross-Motion for Summary Judgment of Non-Infringement and Appendix Thereto Under Seal and enter the Proposed Order filed concurrently with that motion and this brief.

Dated:  August 30, 2019

Respectfully submitted,

*Sally Franklin Zweig*
Sally Franklin Zweig, No. 11367-49
Kristopher N. Kazmierczak, No. 19430-49
Kathryn E. Cordell, No. 20109-41
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com
kcordell@kkclegal.com

William A. Rakoczy [*pro hac vice*]
Joseph T. Jaros [*pro hac vice*]
Cynthia H. Sun [*pro hac vice*]
Xiaomei Cai [*pro hac vice*]
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard St., Suite 500
Chicago, IL 60654
Office:  312-527-2157; Fax:  312-527-4205

wrakoczy@rmmslegal.com
jjaros@rmmslegal.com
csun@rmmslegal.com
xcai@rmmslegal.com

*Counsel for Apotex Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Anne N. DePrez<br>BARNES & THORNBURG, LLP | anne.deprez@btlaw.com |
| David M. Krinsky<br>WILLIAMS & CONNOLLY, LLP | dkrinsky@wc.com |
| Adam L. Perlman<br>WILLIAMS & CONNOLLY, LLP | aperlman@wc.com |
| Galina I. Fomenkova<br>WILLIAMS & CONNOLLY, LLP | gfomenkova@wc.com |
| Andrew P. Lemens<br>WILLIAMS & CONNOLLY, LLP | alemens@wc.com |
| Deborah Pollack-Milgate<br>BARNES & THORNBURG, LLP | dpollackmilgate@btlaw.com |
| Dov P. Grossman<br>WILLIAMS & CONNOLLY, LLP | dgrossman@wc.com |
| Michael Xun Liu<br>WILLIAMS & CONNOLLY, LLP | mliu@wc.com |
| Benjamin Greenblum<br>WILLIAMS & CONNOLLY, LLP | bgreenblum@wc.com |
| Annie E. Showalter<br>WILLIAMS & CONNOLLY, LLP | ashowalter@wc.com |

　　　　　　　　　　　　　　　　　　　　　　*Sally Franklin Zweig*

Sally Franklin Zweig
Kristopher N. Kazmierczak
Kathryn E. Cordell
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204
Office: (317) 464-1100; Fax: (317) 464-1111
szweig@kkclegal.com
kkaz@kkclegal.com
kcordell@kkclegal.com