# Exhibit 1

*Appendix to Apotex's Motion for Summary Judgment*

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| Taylor (1992) | SJ1-5 |
| Lilly 974 Patent | SJ6-11 |
| Taylor 932 Patent | SJ12-24 |
| Jackman (1995) | SJ25-35 |
| Rinaldi (1995) | SJ36-44 |
| Laohavinij (1996) | SJ45-57 |
| Shih (1997) | SJ58-66 |
| Takimoto (1997) | SJ67-82 |
| Calvert (1998) | SJ83-88 |
| Niyikiza (1998) | SJ89-92 |
| Shih (1998) | SJ93-110 |
| Worzalla (1998) | SJ111-15 |
| Shih (1999) | SJ116-34 |
| Calvert (1999) | SJ135-42 |
| Schultz (1999) | SJ143-53 |
| Miller (2000) | SJ154-56 |
| Teicher (2000) | SJ157-65 |
| John (2000) | SJ166-72 |
| Van Triest (2000) | SJ173-79 |
| 310 Provisional Application | SJ180-95 |
| Backus (2000) | SJ196-204 |
| PCT 777 Application | SJ205-43 |
| 859 Provisional Application | SJ244-60 |
| 448 Provisional Application | SJ261-80 |

1

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| Hanauske (2001) | SJ281-91 |
| PCT 860 Application | SJ292-312 |
| MPEP § 2173.05(u) (2001) | SJ313 |
| MPEP § 608.01(v) (2001) | SJ314-16 |
| Misset (2002) | SJ317-20 |
| Calvert I (2002) | SJ321-29 |
| Calvert II (2002) | SJ330-41 |
| Niyikiza (2002) | SJ342-50 |
| 065 PH Preliminary Amendment | SJ351-58 |
| EP 508 Preliminary Claims | SJ359-66 |
| Adjei (2003) | SJ367-454 |
| Harrison (2003) | SJ455-68 |
| Orange Book Listing Forms | SJ469-79 |
| Robinson (2004) | SJ480-92 |
| Lilly 365 Patent | SJ493-98 |
| Lilly Product Label (2004) | SJ499-512 |
| 065 PH First Office Action | SJ513-18 |
| EP 508 First Rejection | SJ519-24 |
| EPC 84 (2004) | SJ525-26 |
| 065 PH Second Amendment | SJ527-30 |
| Scagliotti (2003) | SJ531-38 |
| MPEP § 2171 (2004) | SJ539-56 |
| MPEP § 2111 (2004) | SJ557-58 |
| MPEP § 608.01(v) (2004) | SJ559-62 |

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| Adjei (2004) | SJ563-70 |
| Paoletti (2004) | SJ571-664 |
| Monnerat (2004) | SJ665-72 |
| 065 PH Second Office Action | SJ673-83 |
| Orange Book Listings | SJ684-94 |
| EP 508 First Response | SJ695-706 |
| 065 PH Third Amendment | SJ707-17 |
| Schultz (2005) | SJ718-45 |
| EP 508 Second Rejection | SJ746-50 |
| EPC 123 (2005) | SJ751-52 |
| 065 PH Notice of Allowability | SJ753-62 |
| 807 PH Preliminary Amendment | SJ763-67 |
| EP 508 Second Response | SJ768-804 |
| Lilly 065 Patent (issued) | SJ805-13 |
| 807 PH Search (February 8) | SJ814-37 |
| 807 PH Search (February 12) | SJ838-60 |
| 807 PH Office Action | SJ861-69 |
| 209 PH Preliminary Amendment | SJ870-76 |
| 807 PH Interview | SJ877 |
| 807 PH Abandonment | SJ878-79 |
| 209 PH Second Amendment | SJ880-83 |
| 209 PH First Office Action | SJ884-92 |
| 209 PH Third Amendment | SJ893-98 |
| 209 PH Second Office Action | SJ899-905 |

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
| --- | --- |
| 209 PH Fourth Amendment | SJ906-17 |
| 209 PH NDA Product Label | SJ918-40 |
| Lilly 209 Patent | SJ941-50 |
| Scagliotti (2012) | SJ951-83 |
| NDA Product Label Comparison | SJ984-1043 |
| Tentative Approval | SJ1044-89 |
| Lilly NDA Product Label (2017) | SJ1090-119 |
| Ratain Opening Report (March 2019) | SJ1120-26 |
| Ratain Curriculum Vitae | SJ1127-73 |
| [Ratain Ex. B] Index | SJ1174-78 |
| [Ratain Ex. C] Slides | SJ1179-321 |
| [Tab 1] Quality Overall Summary | SJ1322-61 |
| [Tab 2] Lilly 209 Patent | SJ941-50 |
| [Tab 3] PCT 860 Application | SJ292-312 |
| [Tab 4] 209 Preliminary Amendment | SJ870-76 |
| [Tab 5] 209 Second Amendment | SJ880-83 |
| [Tab 6] 209 Third Amendment | SJ893-98 |
| [Tab 7] 209 Office Action | SJ899-905 |
| [Tab 8] 209 Fourth Amendment | SJ906-17 |
| [Tab 9] 209 PH Label | SJ918-40 |
| [Tab 10] Lilly 974 Patent | SJ6-11 |
| [Tab 11] Taylor 932 Patent | SJ12-24 |
| [Tab 12] 065 Preliminary Amendment | SJ351-58 |
| [Tab 13] 065 Office Action | SJ513-18 |

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| [Tab 14] MPEP § 2173.05(u) | SJ313 |
| [Tab 15] 065 Lilly Response | SJ527-30 |
| [Tab 16] 807 Preliminary Amendment | SJ763-67 |
| [Tab 17] 807 Entry (February 12) | SJ838-60 |
| [Tab 18] 807 Office Action | SJ861-69 |
| [Tab 19] 807 Interview | SJ877 |
| [Tab 20] 807 Abandonment | SJ878-79 |
| [Tab 21] 920 Claims | SJ1362-66 |
| [Tab 22] 920 Office Action | SJ1367-73 |
| [Tab 23] 920 Abandonment | SJ1374-77 |
| [Tab 24] EP 508 Preliminary Claims | SJ359-66 |
| [Tab 25] EP 508 First Rejection | SJ519-24 |
| [Tab 26] EPC 84 | SJ525-26 |
| [Tab 27] EP 508 First Response | SJ695-706 |
| [Tab 28] EP 508 Second Rejection | SJ746-50 |
| [Tab 29] EPC 123 | SJ751-52 |
| [Tab 30] EP 508 Second Response | SJ768-804 |
| [Tab 31] UK Trial | SJ1378-469 |
| [Tab 32] UK Appeal | SJ1470-509 |
| [Tab 33] UK Supreme Court | SJ1510-48 |
| [Tab 34] Taylor (1992) | SJ1-5 |
| [Tab 35] Lilly 521 Patent | SJ1549-58 |
| [Tab 36] Akimoto 838 Patent | SJ1559-77 |
| [Tab 37] Shih (1997) | SJ58-66 |

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| [Tab 38] Woodland (1997) | SJ1578-85 |
| [Tab 39] Calvert (1998) | SJ83-88 |
| [Tab 40] US Trademark | SJ1586-87 |
| [Tab 41] EU Trademark | SJ1588-91 |
| [Tab 42] Shih (1998) | SJ93-110 |
| [Tab 43] Shih (1999) | SJ116-34 |
| [Tab 44] Calvert (1999) | SJ135-42 |
| [Tab 45] Lilly 365 Patent | SJ493-98 |
| [Tab 46] 310 Application | SJ180-95 |
| [Tab 47] PCT 777 | SJ205-43 |
| [Tab 48] PCT 229 | SJ1592-611 |
| [Tab 49] 486 Application | SJ1612-22 |
| [Tab 50] Hanauske (2001) | SJ281-91 |
| [Tab 51] Misset (2002) | SJ317-20 |
| [Tab 52] Niyikiza (2002) | SJ342-50 |
| [Tab 53] Calvert I (2002) | SJ321-29 |
| [Tab 54] Calvert II (2002) | SJ330-41 |
| [Tab 55] Adjei (2003) | SJ367-454 |
| [Tab 56] Clinical Review | SJ1623-36 |
| [Tab 57] Label (2004) | SJ499-512 |
| [Tab 58] Paoletti (2004) | SJ571-664 |
| [Tab 59] OB Listings | SJ684-94 |
| [Tab 60] Use Code Regulations | SJ1637-45 |
| [Tab 61] Schultz (2005) | SJ718-45 |

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| [Tab 62] Scagliotti (2012) | SJ951-83 |
| [Tab 63] NDA Products Label Comparison | SJ984-1043 |
| [Tab 64] Tentative Approval | SJ1044-89 |
| [Tab 65] Lilly NDA Product Label | SJ1090-119 |
| Buckton Report (March 2019) | SJ1646-49 |
| Buckton Curriculum Vitae | SJ1650-94 |
| Arnold Report (March 2019) | SJ1695-704 |
| Arnold Curriculum Vitae | SJ1705-28 |
| Greenspan Report (March 2019) | SJ1729-44 |
| Greenspan Curriculum Vitae | SJ1745-48 |
| Ratain Responsive Report | SJ1749-83 |
| [Ratain Responsive Ex. 2] Eagle Markman Opinion | SJ1784-98 |
| [Ratain Responsive Ex. 3] Apotex Proposed Findings of Fact (1/8/2019) | SJ1799-932 |
| [Ratain Responsive Ex. 4] Lilly Proposed Findings of Fact (1/8/2019) | SJ1933-59 |
| [Ratain Responsive Ex. 5] Responsive Claim Chart | SJ1960-74 |
| [Ratain Responsive Ex. 6] Naming of Drug Products | SJ1975-87 |
| [Ratain Responsive Ex. 7] USP <1121> NOMENCLATURE | SJ1988-93 |
| [Ratain Responsive Ex. 8] Lilly Prescribing Information (2019) | SJ1994-2027 |
| [Ratain Responsive Ex. 9] Dosage Forms | SJ2028-35 |
| [Ratain Responsive Ex. 10] John (2000) | SJ166-72 |
| [Ratain Responsive Ex. 11] Worzalla (1998) | SJ111-15 |
| [Ratain Responsive Ex. 12] Mahmud (2018) | SJ2036-47 |
| [Ratain Responsive Ex. 13] Chabner "Molar Ratio" Redline | SJ2048-49 |
| [Ratain Responsive Ex. 17] Apotex Letter to FDA | SJ2050-56 |

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| [Ratain Responsive Ex. 21] 065 PH Second Amendment | SJ527-30 |
| [Ratain Responsive Ex. 22] Arsenyan (1978) | SJ2057-63 |
| [Ratain Responsive Ex. 23] Van Triest (2000) | SJ173-79 |
| [Ratain Responsive Ex. 24] Backus (2000) | SJ196-204 |
| [Ratain Responsive Ex. 25] Patent Listing Forms | SJ2064-73 |
| Buckton Responsive Report | SJ2074-86 |
| Greenspan Responsive Report | SJ2087-94 |
| Ratain Reply Report | SJ2095-109 |
| [Ratain Reply Ex. 1] Pharmacology Guidance (1987) | SJ2110-41 |
| [Ratain Reply Ex. 2] Rinaldi (1995) | SJ36-44 |
| [Ratain Reply Ex. 3] DeGeorge (1997) | SJ2142-55 |
| [Ratain Reply Ex. 4] Schultz (1999) | SJ2156-65 |
| [Ratain Reply Ex. 5] Teicher (1999) | SJ2166-76 |
| [Ratain Reply Ex. 6] Tonkinson (1999) | SJ2177-84 |
| [Ratain Reply Ex. 7] Teicher (2000) | SJ157-65 |
| [Ratain Reply Ex. 8] Monnerat (2004) | SJ665-72 |
| [Ratain Reply Ex. 12] Clinical Review (NDA No. 21-462) (2003) | SJ2185-316 |
| [Ratain Reply Ex. 20] Lilly NDA Product Label (2019) | SJ2317-40 |
| Buckton Reply Report | SJ2341-54 |
| [Buckton Reply Ex. 1] Rusthoven (1999) | SJ2355-63 |
| [Buckton Reply Ex. 2] Lilly Response No. 23 | SJ2364-70 |
| [Buckton Reply Ex. 5] EP612 | SJ2371-74 |
| [Buckton Reply Ex. 6] Taylor (2011) | SJ2375-81 |
| Arnold Reply Report | SJ2382-87 |

**APPENDIX TO APOTEX MOTION FOR SUMMARY JUDGMENT**

| Description | Range |
|---|---|
| [Arnold Reply Ex. B] Li (2011) | SJ2388-96 |
| Greenspan Reply Report | SJ2397-407 |
| Chabner Claim Construction Report | SJ2408-47 |
| [Chabner Claim Construction Ex. B] Materials Considered | SJ2448-49 |
| Excerpts from Chabner Deposition (June 2018) | SJ2450-52 |
| Excerpts from Chabner Deposition (June 2019) | SJ2453-72 |
| Chabner I (1991) | SJ2473-82 |
| Chabner II (1991) | SJ2483 |
| Kaufman (1996) | SJ2484-85 |
| TAXOL® (paclitaxel) for Injection Concentrate | SJ2486 |
| 804 Patent | SJ2487-98 |
| TAXOL registered trademark record | SJ2499-504 |
| 803 Patent | SJ2505-16 |
| Gupta (2003) | SJ2517-20 |
| Wang (2006) | SJ2521-30 |
| What is ALIMTA (6/8/2018) | SJ2531-37 |